[No. 6782–3–III.  Division Three.  February 4, 1986.]

FOOTHILLS RURAL ASSOCIATION, ET AL, *Appellants,* v.
THE COUNTY OF SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–03246–1, Michael E. Donohue, J., entered October 3, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6688–2–II.  Division Two.  February 4, 1986.]

HAROLD VICTOR JOHNSON, *Appellant,* v. THE
DEPARTMENT OF TRANSPORTATION,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–2–01159–1, Frank E. Baker, J., entered October 14, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7236–0–II.  Division Two.  February 5, 1986.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent,*
v. GERALD OGDEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–2–01660–5, Donald H. Thompson, J., entered August 5, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.